[redacted]S. DEPARTMENT OF EDUCATI[redacted]
[redacted]SAN FRANCISCO, CALIFORNIA[redacted]

## CERTIFICATE OF INDEBTEDNESS #1 OF 2

Rory J. Calhoun
AKA Rory John Calhoun
[redacted]
Warwick, RI. 02889-8924
Account No: [redacted]6970

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 4/3/07.

On or about 6/1/78, 12/26/78 and 6/25/79, the borrower executed promissory note(s) to secure loan(s) of $800.00, $700.00 and $1,200.00 from Industrial National Bank, Providence, RI. at 7.00 percent interest per annum. This loan obligation was guaranteed by Rhode Island Higher Education Assistance Authority and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $645.56 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 3/1/84, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,137.25 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 CFR 682.410(b)(4), the guarantor charged the borrower interest on the total amount paid to the holder. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 9/2/92, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $773.85 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $2,137.25 |
| Interest: | $2,609.67 |
| Administrative/Collection Costs: | $ 0.00 |
| Penalty Fees: | $ 0.00 |
| Total debt as of 4/3/07: | $4,746.92 |

Interest accrues on the principal shown here at the rate of $0.41 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/26/07

Name:
Title: Loan Analyst
Branch: Litigation

EXHIBIT B

**S. DEPARTMENT OF EDUCATIO**
**SAN FRANCISCO, CALIFORNIA**

## CERTIFICATE OF INDEBTEDNESS #2 OF 2

Rory J. Calhoun
AKA Rory John Calhoun
[redacted]
Warwick, RI. 02889-8924
Account No: [redacted]6970

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 4/3/07.

On or about 9/5/81, the borrower executed promissory note(s) to secure loan(s) of $2,500.00 from Industrial National Bank, Providence, RI. at 7.00 percent interest per annum. This loan obligation was guaranteed by Rhode Island Higher Education Assistance Authority and then reinsured by the Department of Education under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq. (34 CFR Part 682). The holder demanded payment according to the terms of the note(s), and credited $231.06 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 2/15/84, and the holder filed a claim on the guarantee.

Due to this default, the guaranty agency paid a claim in the amount of $2,334.03 to the holder. The guarantor was then reimbursed for that claim payment by the Department under its reinsurance agreement. Pursuant to 34 CFR 682.410(b)(4), the guarantor charged the borrower interest on the total amount paid to the holder. The guarantor attempted to collect the debt from the borrower. The guarantor was unable to collect the full amount due, and on 9/2/92, assigned its right and title to the loan(s) to the Department.

Since assignment of the loan, the Department has received a total of $837.95 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower now owes the United States the following:

| | |
|---|---|
| Principal | $2,334.03 |
| Interest: | $2,838.26 |
| Administrative/Collection Costs: | $ 0.00 |
| Penalty Fees: | $ 0.00 |
| Total debt as of 4/3/07: | $5,172.29 |

Interest accrues on the principal shown here at the rate of $0.45 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 4/26/07

Name: [signature]
Title: Loan Analyst
Branch: Litigation

EXHIBIT B