IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| v. | ) | C.A. 08-063ML |
| RORY J. CALHOUN, Defendant. | ) | |

EXECUTION OF SERVICE

The United States Marshal Service ("USMS") was unable to personally serve the Complaint to the Defendant in the above-captioned matter, but the USMS was able to serve the Complaint via certified mail. *See* Exhibit A (the United States Marshal Service's Process Receipt and Return and mail receipt). The certified mail receipt shows that Defendant received the Complaint on May 27, 2008. Service has been perfected in this case as of May 27, 2008.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

/s/ Milind M. Shah

MILIND M. SHAH
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 Fax
Email: milind.shah@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 5th day of September, 2008, I electronically filed the within Execution of Service with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received the within document by postage prepaid mail.

Rory J. Calhoun
23 Tarleton Street
Warwick, RI 02889-8924

/s/ Milind M. Shah
MILIND M. SHAH