UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | |
| v. | ) | Case No.: 08-063ML |
| RORY CALHOUN Defendant. | ) | |

**GOVERNMENT'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff (the "Government") in response to the Court's Order to Show Cause notes that the Complaint was served on Defendant on May 27, 2008. For this reason, the Government respectfully submits that this case may continue in the ordinary course and need not be dismissed or re-filed and re-served. The Government further advises the Court that Defendant has filed for bankruptcy protection. Although bankruptcy will not discharge the debt that is the subject of the Complaint in this matter, the bankruptcy filing does impose a stay on this matter. Accordingly, the Government respectfully requests that the Court not dismiss this matter and stay this matter pending disposition of Defendant's bankruptcy proceed.

The Government, in support of its position and request, states as follows:

1. On February 22, 2008, the Government filed its Complaint in the above-captioned matter. *See* Docket Entry 1.

2. On the same date, the Government mailed the Complaint and Waiver of Service to Defendant via certified mail, but the mail was returned undelivered and "unclaimed." *See* Ex. B .

3. On May 27, 2008, after attempting but failing to service Defendant personally, the United States Marshal Service ("USMS") served a copy of the Complaint on Defendant via certified mail, return receipt requested. *See* Docket Entries 2 and 4.

4. On June 30, 2008, Defendant filed a voluntary petition in the Bankruptcy Court for the District of Rhode Island for protection under Chapter 7 of the Bankruptcy Code. *See* E, Bankruptcy Case No. 1-08-bk-11965. *See* Exhibit A (Notice of Bankruptcy Case No. 1-08-bk-11965).

5. Under 11 U.S.C. § 362, the filing of a Chapter 7 petition stays collection actions.

6. Under 11 U.S.C. § 523(a), debt resulting from defaults on educational loans guaranteed by the Government are not discharged by bankruptcy. The Government's Complaint in this matter is an action to collect Defendant's debt on unpaid educational loan debt on loans guaranteed by the Government, and accordingly bankruptcy may stay this action but does not discharge the debt at issue in this action.

Based on the foregoing information, the Government respectfully requests that the Court not dismiss this action – in light of the perfection of service – and that the Court stay this matter pending disposition and discharge of Defendant's bankruptcy action.

Respectfully submitted,
UNITED STATES OF AMERICA,

ROBERT CLARK CORRENTE
United States Attorney
/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000; 401-709-5017 (fax)
Email: milind.m.shah@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 5th day of August, 2008, I electronically filed the above Response to Order to Show Cause with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. This filing was forwarded to the following via first class mail:

Rory Calhoun
23 Tarleton Street
Warwick, RI 02889

/s/ Milind M. Shah
MILIND M. SHAH
Assistant United States Attorney