# EXHIBIT B

7005 1820 0000 8780 2822

neopost
02/22/2008
Mailed From 02903
US OFFICIA
$300 Pe
For Priva
US POS

EXHIBIT B

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*
*Fleet Center*
*50 Kennedy Plaza, Eighth Floor*
*Providence, Rhode Island 02903*

Official Business

1187 FILED
2-23 CK
2/28
3.9

RETURNED TO SENDER
☐ MOVED, LEFT NO ADDRESS
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☐ ATTEMPTED-NOT KNOWN
☒ UNCLAIMED ☐ REFUSED
☐ NO SUCH STREET
☐ NO SUCH NUMBER
☐ INSUFFICIENT ADDRESS

UNITED STATES POSTAL SERVICE
PN #1700 Red

US ATTORNEY
DISTRICT OF RI
2008 MAR 11 A 11: 05

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Rory J Calhoun
23 Tarleton Street
Warwick, RI 02889-8924

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7005 1820 0000 8780 2822

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540